**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRANK PAUZA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE STANDARD GROUP, INC., and : <br> STEVEN LEVKOFF, Individually, : <br> : <br> Defendants. : | Civil Action No. 06-2608 (JAG) <br><br> **ORDER** <br> **CLOSED** |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion for summary judgment filed by defendants The Standard Group, Inc. and Steven Levkoff (collectively "Defendants"), pursuant to FED. R. CIV. P. 56(c); and it appearing that this Court reviewed the parties' submissions, and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 30th day of December, 2008,

ORDERED that Defendants' motion for summary judgment (Docket Entry No. 35) is GRANTED as to Counts I, II, III, IV, and V of the Complaint; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

_____
JOSEPH A. GREENAWAY, JR., U.S.D.J.

1